UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Baron Montero Jones,

       Petitioner,

v.                                                 Civil No. 11-924 (JNE/AJB)
                                                 ORDER

State of Minnesota,

       Respondent.

In a Report and Recommendation dated April 18, 2011, the Honorable Arthur J. Boylan, Chief United States Magistrate Judge, recommended denying Petitioner's application for a writ of coram nobis, Petitioner's application for leave to proceed in forma pauperis, and Petitioner's "Motion for Recusal of Judge(s)." The magistrate judge also recommended dismissing the action with prejudice. Petitioner objected to the Report and Recommendation and filed two additional motions, one duplicating his "Motion for Recusal of Judge(s)" and one asking the Court to serve the Report and Recommendation on Respondent. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court denies Petitioner's recent motions and adopts the Report and Recommendation [Docket No. 5]. Therefore, IT IS ORDERED THAT:

    1.       Petitioner's action is DISMISSED WITH PREJUDICE.

    2.       Petitioner's application for a "Writ of Error Coram Nobis" [Docket No. 1] is DENIED.

    3.       Petitioner's application for leave to proceed in forma pauperis [Docket No. 2] is DENIED.

    4.       Petitioner's motions for recusal of judges [Docket Nos. 3, 7] are DENIED.

    5.       Petitioner's motion to have Court copy and serve the Report and Recommendation [Docket No. 8] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 13, 2011

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge